# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHESNEY ERIN PADYKULA,

       Plaintiffs,

v.

EQUIFAX INFORMATION
SERVICES, LLC,
       Defendant.

Case No.: 6:24-cv-00495-GAP-RMN

**NOTICE OF SETTLEMENT
AS TO DEFENDANT EQUIFAX
INFORMATION SERVICES,
LLC**

**NOTICE IS HEREBY GIVEN** that Plaintiff Chesney Erin Padykula, and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Equifax as there are no remaining Defendants in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 18th day of July 2024

## CONSUMER ATTORNEYS

*/s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs,*
*Chesney Erin Padykula*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Catherine Tillman*