# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHESNEY ERIN PADYKULA,

      Plaintiff,

v.                                Case No:   6:24-cv-495-GAP-RMN

EQUIFAX INFORMATION
SERVICES, LLC,

      Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (Doc. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 15, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties